**Bruce A. Neilson #096952**
**7108 N. Fresno St. #410**
**Fresno, California  93720**
**Telephone (559) 432-9831**
**Facsimile (559) 432-1837**

**Attorney for Defendants**
Saleh Q. Murshed dba Kings
Food Grocery Store

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| RONALD MOORE,<br><br>  Plaintiff,<br><br>vs.<br><br>AUDREY L. WATKINS; LOUIS C. JAMERSON, JR.; VERA A. GRANT; SALEH Q. MURSHED dba KINGS FOOD GROCERY STORE;<br><br>  Defendants. | CASE NO. 1:15-cv-00115---GSA<br><br>**STIPULATION AND ORDER FOR SALEH Q. MURSHED dba KINGS FOOD GROCERY STORE TO RESPOND TO COMPLAINT**<br><br>(ECF No. 14) |

WHEREAS:

1.   Plaintiff RONALD MOORE filed his complaint in this action on January 21, 2015.

2.   This is the second request for an extension of time for SALEH Q. MURSHED dba KINGS FOOD GROCERY STORE ("Defendant").  A previous extension of time was granted by the plaintiff within the statutory allowance; thus, court approval is required for a further extension of time.

3.   Plaintiff and Defendant are in settlement negotiations at this time.

4.   Defendant has ordered a CASp inspection, and is waiting for the inspection, and for report to be written so that a proposed plan of remediation and settlement can be agreed upon.

5.   The parties agree that settlement of this case would save valuable court time and resources.

6.   The parties have agreed to extend Defendant's time to respond to the complaint until

April 15, 2015, subject to the court's approval, and believe that the case can be settled within that time.

7.     This extension of time will not alter any date or event already set by Court order, including the mandatory scheduling conference.

NOW THEREFORE, Defendants through their attorneys, and Plaintiff Ronald Moore, through his attorneys, hereby stipulate and agree that the time for SALEH Q. MURSHED dba KINGS FOOD GROCERY STORE to answer or otherwise respond to the Complaint shall be extended up to and including April 15, 2015, pending court approval.

**IT IS SO STIPULATED.**

Dated: April 2, 2015

MOORE LAW FIRM, PC
/s/Tanya Moore
Tanya Moore, Attorney for Plaintiff Ronald Moore

Dated: April 2, 2015

/s/Bruce A. Neilson
Bruce A. Neilson, Attorney for Defendant
Saleh Q. Murshed dba Kings Food Grocery Store

### ORDER

Based on the parties' stipulation (ECF No. 14), the Court grants Defendant SALEH Q. MURSHED dba KINGS FOOD GROCERY STORE an extension of time to respond to the Complaint. Defendant shall file any responsive pleadings to the Complaint on or before April 15, 2015.

IT IS SO ORDERED.

Dated:   **April 3, 2015**              /s/ Gary S. Austin
UNITED STATES MAGISTRATE JUDGE