Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorney for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>  vs.<br><br>AUDREY L. WATKINS, et al.,<br><br>    Defendants. | No. 1:15-cv-00115-JAM-GSA<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SALEH Q. MURSHED DBA KINGS FOOD GROCERY STORE <u>ONLY</u>; ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that **only Defendant Saleh Q. Murshed dba Kings Food Grocery Store** be dismissed from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: May 4, 2015                                  MOORE LAW FIRM, P.C.


                                                  */s/ Tanya E. Moore*
                                                  Tanya E. Moore
                                                  Attorney for Plaintiff
                                                  Ronald Moore

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that **only Defendant Saleh Q. Murshed dba Kings Food Grocery Store** be dismissed from this action with prejudice.

**IT IS SO ORDERED**.

Dated:  5/5/2015                                       /s/ John A. Mendez
                                                                United States District Court Judge